B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
### Eastern District of Virginia

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **Roadrunner Enterprises, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **DBA Roadrunner Quick Stop; DBA Roadrunner Camping; DBA Roadrunner Paving; DBA New Millenium Builders; DBA Roadrunner Enterprises** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all) **54-1417306** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): **13900 JEFFERSON DAVIS HIGHWAY Chester, VA** ZIP Code **23831** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
| County of Residence or of the Principal Place of Business: **Chesterfield** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP Code | Mailing Address of Joint Debtor (if different from street address): ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**         *** David K. Spiro 28152 ***
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ■ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Roadrunner Enterprises, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____ <br> Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)  Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Roadrunner Enterprises, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ David K. Spiro**
Signature of Attorney for Debtor(s)

**David K. Spiro  28152**
Printed Name of Attorney for Debtor(s)

**Hirschler Fleischer, P.C.**
Firm Name

**The Edgeworth Building
P.O. Box 500
Richmond, VA 23218-0500**
Address

**Email: rmcburney@hf-law.com
804-771-9500  Fax: 804-644-0957**
Telephone Number

**February  6, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Carl Adenauer**
Signature of Authorized Individual

**Carl Adenauer**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**February  6, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Eastern District of Virginia

In re  **Roadrunner Enterprises, Inc.**  
Debtor(s)

Case No.  
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Towne Bank**<br>**Attn:  G. Robert Aston, Jr., CEO**<br>**5716 High Street**<br>**Portsmouth, VA 23703** | **Towne Bank**<br>**Attn:  G. Robert Aston, Jr., CEO**<br>**5716 High Street**<br>**Portsmouth, VA 23703** | **___ Meadowview Drive, Waverly, Virginia (Lot 35, Waverly Meadows)** | | **829,500.00**<br><br>**(0.00 secured)** |
| **Towne Bank**<br>**Attn:  G. Robert Aston, Jr., CEO**<br>**5716 High Street**<br>**Portsmouth, VA 23703** | **Towne Bank**<br>**Attn:  G. Robert Aston, Jr., CEO**<br>**5716 High Street**<br>**Portsmouth, VA 23703** | **Kennon Pointe Drive, Colonial Heights, VA (Lot 28)** | | **791,856.00**<br>**(50,000.00 secured)**<br>**(31,300.00 senior lien)** |
| **Towne Bank**<br>**Attn:  G. Robert Aston, Jr., CEO**<br>**5716 High Street**<br>**Portsmouth, VA 23703** | **Towne Bank**<br>**Attn:  G. Robert Aston, Jr., CEO**<br>**5716 High Street**<br>**Portsmouth, VA 23703** | **Kennon Pointe Drive, Colonial Heights, VA  (Lot 27)** | | **791,856.00**<br>**(50,000.00 secured)**<br>**(31,300.00 senior lien)** |
| **Towne Bank**<br>**Attn:  G. Robert Aston, Jr., CEO**<br>**5716 High Street**<br>**Portsmouth, VA 23703** | **Towne Bank**<br>**Attn:  G. Robert Aston, Jr., CEO**<br>**5716 High Street**<br>**Portsmouth, VA 23703** | **Kennon Pointe Drive, Colonial Heights, VA (Lot 24)** | | **791,856.00**<br>**(50,000.00 secured)**<br>**(31,300.00 senior lien)** |
| **Towne Bank**<br>**Attn:  G. Robert Aston, Jr., CEO**<br>**5716 High Street**<br>**Portsmouth, VA 23703** | **Towne Bank**<br>**Attn:  G. Robert Aston, Jr., CEO**<br>**5716 High Street**<br>**Portsmouth, VA 23703** | **29209 Forestview Drive, Waverly, Virginia 23890 (Lot 35, Waverly Meadows)** | | **791,856.00**<br><br>**(125,000.00 secured)** |
| **Towne Bank**<br>**Attn:  G. Robert Aston, Jr., CEO**<br>**5716 High Street**<br>**Portsmouth, VA 23703** | **Towne Bank**<br>**Attn:  G. Robert Aston, Jr., CEO**<br>**5716 High Street**<br>**Portsmouth, VA 23703** | **4117 Ralph Road, South Chesterfield, VA 23803** | | **791,856.00**<br><br>**(125,000.00 secured)** |
| **Towne Bank**<br>**Attn:  G. Robert Aston, Jr., CEO**<br>**5716 High Street**<br>**Portsmouth, VA 23703** | **Towne Bank**<br>**Attn:  G. Robert Aston, Jr., CEO**<br>**5716 High Street**<br>**Portsmouth, VA 23703** | **29245 Meadowview Drive, Waverly, Virginia (Lot 5, Waverly Meadows)** | | **791,856.00**<br><br>**(125,000.00 secured)** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Roadrunner Enterprises, Inc.**                                              Case No. _____

                                   Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Towne Bank** Attn: G. Robert Aston, Jr., CEO 5716 High Street Portsmouth, VA 23703 | **Towne Bank** Attn: G. Robert Aston, Jr., CEO 5716 High Street Portsmouth, VA 23703 | 29219 Meadowview Drive, Waverly, Virginia (Lot 8, Waverly Meadows) | | 791,856.00 (125,000.00 secured) |
| **Towne Bank** Attn: G. Robert Aston, Jr., CEO 5716 High Street Portsmouth, VA 23703 | **Towne Bank** Attn: G. Robert Aston, Jr., CEO 5716 High Street Portsmouth, VA 23703 | 13400 - 13500 Happy Hill Road, Chesterfield, VA 23834 | | 829,500.00 (200,000.00 secured) |
| **George Dimirack** 411 Lilliston Ave Colonial Heights, VA 23834 | **George Dimirack** 411 Lilliston Ave Colonial Heights, VA 23834 | Loan | | 450,000.00 |
| **EVB** Attn: Joe A. Shearin, CEO 307 Church Lane Tappahannock, VA 22560 | **EVB** Attn: Joe A. Shearin, CEO 307 Church Lane Tappahannock, VA 22560 | 10 Lots in Shadowbrook Heights; 2730 E. Hundred Road | | 169,479.08 (0.00 secured) |
| **Bank of McKenney** Attn: Richard M. Liles, CEO 20701 First Street Mc Kenney, VA 23872 | **Bank of McKenney** Attn: Richard M. Liles, CEO 20701 First Street Mc Kenney, VA 23872 | 16600 Happy Hill Road, Chesterfield, VA 23834 | | 187,668.00 (40,000.00 secured) |
| **Bank of McKenney** Attn: Richard M. Liles, CEO 20701 First Street Mc Kenney, VA 23872 | **Bank of McKenney** Attn: Richard M. Liles, CEO 20701 First Street Mc Kenney, VA 23872 | 16530 Happy Hill Road, Chesterfield, VA 23834 | | 187,668.00 (40,000.00 secured) |
| **Bank of McKenney** Attn: Richard M. Liles, CEO 20701 First Street Mc Kenney, VA 23872 | **Bank of McKenney** Attn: Richard M. Liles, CEO 20701 First Street Mc Kenney, VA 23872 | 401 Coppahauk Avenue, Waverly, VA 23890 | | 187,668.00 (40,000.00 secured) |
| **Wells Fargo Business Credit** WF Business Direct PO Box 348750 Sacramento, CA 95834 | **Wells Fargo Business Credit** WF Business Direct PO Box 348750 Sacramento, CA 95834 | Line of Credit | | 105,814.04 |
| **EVB** Attn: Joe A. Shearin, CEO 307 Church Lane Tappahannock, VA 22560 | **EVB** Attn: Joe A. Shearin, CEO 307 Church Lane Tappahannock, VA 22560 | 906 W. Main Street | | 88,463.50 (0.00 secured) |
| **Towne Bank** Attn: G. Robert Aston, Jr., CEO 5716 High Street Portsmouth, VA 23703 | **Towne Bank** Attn: G. Robert Aston, Jr., CEO 5716 High Street Portsmouth, VA 23703 | 401 W. Main Street | | 75,808.29 (0.00 secured) |
| **Bank of Southside Virginia** Attn: Peter Clements, CEO 17208 Halligan Park Rd. Carson, VA 23830 | **Bank of Southside Virginia** Attn: Peter Clements, CEO 17208 Halligan Park Rd. Carson, VA 23830 | Rosewood Lots | | 174,627.00 (100,000.00 secured) |

B4 (Official Form 4) (12/07) - Cont.

In re   **Roadrunner Enterprises, Inc.**  
                              Debtor(s)

Case No.

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Peter Loy**<br>**530 Eastwind Ct**<br>**Colonial Heights, VA 23834** | **Peter Loy**<br>**530 Eastwind Ct**<br>**Colonial Heights, VA 23834** | **129 Maifeld Road, Waverly, VA 23890** | | **50,000.00**<br>**(150,000.00 secured)**<br>**(172,720.00 senior lien)** |
| **Peter Loy**<br>**530 Eastwind Ct**<br>**Colonial Heights, VA 23834** | **Peter Loy**<br>**530 Eastwind Ct**<br>**Colonial Heights, VA 23834** | | | **50,000.00**<br>**(0.00 secured)** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **February 6, 2015**          Signature   **/s/ Carl Adenauer**  
                                                **Carl Adenauer**  
                                                **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

```
American Express
PO Box 981535
El Paso, TX 79998


AT&T Universal
PO Box 6500
Sioux Falls, SD 57117-6500


Bank of America
PO Box 982238
El Paso, TX 79998


Bank of McKenney
Attn: Richard M. Liles, CEO
20701 First Street
Mc Kenney, VA 23872


Bank of McKenney
Attn: Eddie Pearson
13812 Boydton Plank Road
Dinwiddie, VA 23841-0110


Bank of Southside Virginia
Attn:  Peter Clements, CEO
17208 Halligan Park Rd.
Carson, VA 23830


BSV
Attn: Ken Adams
PO Box 608
Colonial Heights, VA 23834


Carl Adenauer
13900 Jefferson Davis Highway
Chester, VA 23831


CFS
333-B Industrail Drive
Petersburg, VA 23803


Charles Adenauer
317 Comstock Road
Colonial Heights, VA 23834
```

```
Chase
PO Box 15298
Wilmington, DE 19850


Citi
PO Box 6062
Sioux Falls, SD 57117


County of Sussex
P.O. Box 1399
Sussex, VA 23884


Diana Adenauer
13900 Jefferson Davies Highway
Chester, VA 23831


Diana Adenauer
13900 Jefferson Davis Highway
Chester, VA 23831


Discover
PO Box 30943
Salt Lake City, UT 84130


Drew Adenauer
10800 Kriserin Circle
Chester, VA 23831


EVB
Attn:  Joe A. Shearin, CEO
307 Church Lane
Tappahannock, VA 22560


EVB
Attn: Linda Kessinger
3012 Boulevard
Colonial Heights, VA 23834


Franklin Federal
Attn: Laura Crowder
4501 Cox Road
Glen Allen, VA 23058
```

```
George Dimirack
411 Lilliston Ave
Colonial Heights, VA 23834


Invincia Insurance Solutions
Attn: Frank Beale
9330 Iron Bridge Road, Suite A
Chesterfield, VA 23832


Jack R. Wilson, III PLC
9401 Courthouse Road, Suite 204
Chesterfield, VA 23832


Lowe's Business
Lowes Business Acct/Syncb
PO Box 530970
Atlanta, GA 30353-0970


Lowes Business
Lows Business Acct/Syncb
PO Box 530970
Atlanta, GA 30353


Parker Oil
P.O. Box 270
Hopewell, VA 23860


Peter Loy
530 Eastwind Ct
Colonial Heights, VA 23834


Presidential Bank
Attn:  A. Bruce Cleveland, CEO
4520 East-West Highway
Bethesda, MD 20814


Presidential Bank
Attn: Brad Crockett
4600 East-West Hwy, Suite 400
Bethesda, MD 20814


Protect America
7400 Beaufont Springs Drive
Richmond, VA 23225
```

```
Roger Mitchell
P.O. Box 220
Boydton, VA 23917


Sam's Club
PO Box 960016
Orlando, FL 32896-0016


Sam's Club
PO Box 530981
Atlanta, GA 30353-0981


Security Alliance
8323 NW 12th Street, Suite # 218
Miami, FL 33126


The Kennon Pointe Homeowners Ass'n
Attn:  A.M. Saich
137 Kennon Pointe Dr
Colonial Heights, VA 23834


Town of Waverly
P.O. Box 318
Waverly, VA 23890


Towne Bank
Attn:  G. Robert Aston, Jr., CEO
5716 High Street
Portsmouth, VA 23703


VA Homes
PO Box 410
Boydton, VA 23917


VCB
Attn: Mike Stewart
PO Box 1770
Petersburg, VA 23805


Virginia Community Bank
Attn:  A. Preston Moore, Jr., CEO
U.S. Route 33 And State Rd. 22
Louisa, VA 23093
```

```
Wells Fargo Business Credit
WF Business Direct
PO Box 348750
Sacramento, CA 95834
```

# United States Bankruptcy Court
### Eastern District of Virginia

In re **Roadrunner Enterprises, Inc.**

Debtor(s)

Case No.

Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Roadrunner Enterprises, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 6, 2015**

Date

**/s/ David K. Spiro**

**David K. Spiro 28152**

Signature of Attorney or Litigant

Counsel for **Roadrunner Enterprises, Inc.**

**Hirschler Fleischer, P.C.**
**The Edgeworth Building**
**P.O. Box 500**
**Richmond, VA 23218-0500**
**804-771-9500 Fax:804-644-0957**
**rmcburney@hf-law.com**